

# SEALED

**Office of the United States Attorney**
**District of Nevada**
**501 Las Vegas Boulevard South,**
**Suite 1100**
**Las Vegas, Nevada 89101**
**(702) 388-6336**

1   CHRISTOPHER CHIOU
    Acting United States Attorney
2   Nevada Bar No. 14853
    EDWARD VERONDA
3   Assistant United States Attorney
    501 Las Vegas Boulevard South, Suite 1100
4   Las Vegas, Nevada 89101
    Telephone: (702) 388-6522
5   Email: Edward.G.Veronda@usdoj.gov
    *Attorneys for the United States of America*

FILED.

DATED: 3:52 pm, April 27, 2022

U.S. MAGISTRATE JUDGE

6

7                   UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA

8   UNITED STATES OF AMERICA,            Case No. 2:22-mj-00321-DJA

9              Plaintiff,                 **MOTION TO SEAL**

10      vs.                               **(FILED UNDER SEAL)**

11  CHRISTOPHER S. HOUSLEY,

12             Defendant.

13          The United States, by and through the undersigned, respectfully moves for an Order

14  sealing the Criminal Complaint and Supporting Affidavit, and this Motion, in the above-

15  captioned matter now pending, until such time as this Court, or another Court of competent

16  jurisdiction, shall order otherwise. In support of this Motion, the government submits the

17  following.

18          The target has not yet been arrested, and law enforcement plans an operation the first

19  week of May 2022 that includes a search of the target's residence and his arrest. Not sealing

20  these documents would reveal the existence of this investigation and a pending arrest warrant,

21  and may lead the target to flee or destroy or tamper with evidence.

22

23

24

Accordingly, the prejudicial consequences of disclosure far outweighs the public's narrow right to access the information.

DATED this 26th day of APRIL, 2022.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

*Edward Veronda*

EDWARD VERONDA
Assistant United States Attorney

2

FILED.
DATED: 4:02 pm, April 27, 2022

U.S. MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

CHRISTOPHER S. HOUSLEY,

      Defendant.

Case No. **2:22-mj-00321-DJA**

**ORDER**

**Sealed**

This matter coming before the Court on the Government's Motion to Seal, the premises therein having been considered by the Court, and good cause showing, the Motion is GRANTED.

IT IS HEREBY ORDERED that the Criminal Complaint and Supporting Affidavit, the Government's Motion to Seal, and this Order in the above-captioned matter now pending, shall be, and is, SEALED until further Order of the Court.

DATED this __27th__ day of APRIL, 2022.



_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

3