CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
EDWARD G. VERONDA
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336
Edward.G.Veronda@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) Case No.: 2:22 mj 00321-DJA |
| vs. | ) ORDER to Continue Preliminary Hearing Date (First Request) |
| CHRISTOPHER S. HOUSLEY | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, United States Attorney, Edward Veronda, Assistant United States Attorney, counsel for the United States of America and Jess Marchese, Esq., counsel for defendant Christopher S. Housley.

THAT THE PRELIMINARY HEARING CURRENTLY SCHEDULED FOR May 19, 2022, at 4:00 p.m. before U.S. Magistrate Daniel J. Albregts be vacated and set to a time convenient for the Court, but no earlier than 30 days from the current setting.

This stipulation is entered into for the following reasons:

1. The Government will be providing pre-Indictment discovery, including DEA reports. Counsel advised that he will need time to discuss and review this first package of discovery and requests additional time to complete that review.

2. Defense counsel and counsel for the government agree to the continuance.

3. The defendant is not detained and agrees to the continuance.

4. Denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is excludable in computing the time from the filing of the criminal complaint through which the government must assert a criminal Information or seek an Indictment by the Grand Jury pursuant to the Speedy Trial Act, Title 18, United States Code Section 3161(h)(7)(A), when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

6. This is the first request for a continuance.

Dated this 11, May, 2022.

Respectfully Submitted,

| CHRISTOPHER CHIOU | MARCHESE LAW OFFICES |
| Acting United States Attorney | |
| | |
| //s// Edward G. Veronda | //s// Jess Marchese |
| EDWARD G. VERONDA | JESS MARCHESE |
| Assistant United States Attorney | Counsel for Christopher S. Housley |

CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
EDWARD G. VERONDA
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada  89101
702-388-6336
Edward.G.Veronda@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No.: 2:22 mj 00321-DJA |
| Plaintiff, | ORDER to Continue Preliminary Hearing Date (First Request) |
| vs. | |
| CHRISTOPHER S. HOUSLEY | |
| Defendants. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The period within which the government may assert an Indictment against the defendant is hereby extended from the date of the filing of the complaint up through and including June 19, 2022.

2. The Government will be providing some pre-Indictment discovery. Counsel advised that he will need time for discussing and reviewing discovery and requests additional time to complete that review.

3

3. Both counsel for the defendants and counsel for the government agree to the continuance.

4. The defendant is not detained and agrees to the continuance.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code Section 3161(h)(7)(A), when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

6. This is the first request to continue the preliminary hearing.

For all of the above-stated reasons, the end of justice would best be served by a continuance of the preliminary hearing.

## ORDER

IT IS ORDERED that the preliminary hearing currently scheduled for May 19, 2022, at 4:00 p.m. be vacated and continued to June 27, 2022, at 4:00 p.m., Courtroom 3A.

DATED this 12th day of May, 2022.

_____
UNITED STATES MAGISTRATE JUDGE
DANIEL J. ALBREGTS